IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RYAN CASTANEIRA
on behalf of himself and those
similarly situated,

   Plaintiff,

     v.

BRIAN OWENS
Commissioner in his individual and
official capacities,

   Defendant.

CIVIL ACTION FILE
NO. 1:13-CV-669-TWT

## ORDER

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge recommending dismissing the action for failure to state a claim. For the reasons set forth in the Report and Recommendation, the Plaintiff has no constitutionally protected right to participate in a community based training program. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 2 day of August, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge